01

02

03

04

05

06                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
07                                       AT SEATTLE

08  UNITED STATES OF AMERICA,            )     CASE NO. 07-064M
                                         )
09          Plaintiff,                   )
                                         )
10          v.                           )
                                         )     DETENTION ORDER
11  JOSE VILLA VALENCIA,                 )
                                         )
12          Defendant.                   )
    _____ )

13

14  <u>Offense charged</u>:              Distribution of Cocaine

15  <u>Date of Detention Hearing</u>:    February 13, 2007

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.     Defendant has been charged with the offense of Distribution of Cocaine.  The

22  maximum penalty of this offense is in excess of ten years.  There is therefore a rebuttable

DETENTION ORDER                                                           15.13
18 U.S.C. § 3142(i)                                                    Rev. 1/91
PAGE 1

01 presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

02       2.      Defendant has allegedly advised that he is in the United States illegally.  His

03 criminal history includes prior deportation proceedings.  Court records indicate he is associated

04 with two alias names, two social security numbers and two dates of birth.  He has strong ties to

05 Mexico and reportedly owns a home in that country.

06       3.      An immigration detainer has not yet been filed, although the AUSA proffers that

07 immigration has been informed of the defendant's status and it is expected that the detainer will

08 be forthcoming.

09       4.      Taken as a whole, the record does not effectively rebut the presumption that no

10 condition or combination of conditions will reasonably assure the appearance of the defendant as

11 required and the safety of the community.

12 It is therefore ORDERED:

13       (1)      Defendant shall be detained pending trial and committed to the custody of the

14       Attorney General for confinement in a correction facility separate, to the extent

15       practicable, from persons awaiting or serving sentences or being held in custody

16       pending appeal;

17       (2)      Defendant shall be afforded reasonable opportunity for private consultation with

18       counsel;

19       (3)      On order of a court of the United States or on request of an attorney for the

20       Government, the person in charge of the corrections facility in which defendant is

21       confined shall deliver the defendant to a United States Marshal for the purpose of

22       an appearance in connection with a court proceeding; and

DETENTION ORDER      15.13
18 U.S.C. § 3142(i)      Rev. 1/91
PAGE 2

01  (4)  The clerk shall direct copies of this Order to counsel for the United States, to

02     counsel for the defendant, to the United States Marshal, and to the United States

03     Pretrial Services Officer.

04  DATED this 13th day of February, 2007.

05

06            Mary Alice Theiler
             United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                   15.13
18 U.S.C. § 3142(i)                 Rev. 1/91
PAGE 3